```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        ATHENS DIVISION


STANLEY ALAN ADAMS,                    *

          Plaintiff,                   *

vs.                                    *
                                          CASE NO. 3:10-CV-85 (CDL)
SOUTHERN HEALTH PARTNERS, INC.,        *
Dr. MARC CHETTA, and REBECCA
WILLIAMS, R.N.,                        *

          Defendants.                  *


                  ORDER ON RECOMMENDATION BY
                UNITED STATES MAGISTRATE JUDGE
```

After a *de novo* review of the record in this case, the Order and Recommendation filed by the United States Magistrate Judge on December 17, 2010, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 24th day of January, 2011.


                                        S/Clay D. Land
                                         CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE