IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| STANLEY ALAN ADAMS, | |
| Plaintiff, | NO. 3:10-CV-85 (CHW) |
| VS. | |
| MARC CHETTA *et al.*, | Proceedings Under 42 U.S.C. §1983 |
| Defendants. | Before the U.S. Magistrate Judge |

## ORDER

Pursuant to the Civil Case Privacy Policy and the Administrative Procedures for the United States District Court, Middle District of Georgia, and by motion of Defendants Marc Chetta, M.D., and Rebecca Williams, LPN, in order to protect the private and confidential information located in the medical records of Plaintiff Stanley Alan Adams from view by the general public, it is hereby ordered that the medical records of Plaintiff Stanley Alan Adams shall be filed under seal.

**SO ORDERED**, this 29th day of June, 2011.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge